IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-322-1H

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| JOSHUA BOWER | : |

### ORDER AND JUDGMENT OF FORFEITURE

In the Criminal Indictment in the above action, the United States sought forfeiture of property of the defendant, pursuant to 18 U.S.C. § 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), as proceeds of the unlawful activity of the defendant as charged in the Criminal Indictment, and a firearm pursuant to 18 U.S.C. § 924(d)(1);

The defendant pled guilty to Counts One, Eight, Nine and Sixteen of the Criminal Indictment and agreed to forfeit the property listed in the Criminal Indictment, that is, $14,697.29 which represents proceeds the defendant obtained directly or indirectly as a result of the said offenses, and a 9mm Makarov firearm, SN: K921047, and any and all accompanying ammunition.

By virtue of the defendant's guilty plea and agreement, the United States is now entitled to the defendant's interest in $14,697.29 currency, pursuant to 18 U.S.C. § 981(a)(1)(C), and

1

to possession of the firearm, pursuant to Fed. R. Crim. P. 32.2(b)(3);

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. That based upon the Memorandum of Plea Agreement as to the defendant JOSHUA BOWER, the United States is hereby authorized to seize the above-stated personal property, that is, a 9mm Makarov firearm, SN: K921047, and any and all accompanying ammunition, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3);

2. Based upon the defendant's guilty plea and agreement, the above-listed $14,697.29 currency is forfeited to the United States for disposition in accordance with the law; and

3. Any and all forfeited funds shall be deposited by the U. S. Department of Justice or the U. S. Department of the Treasury, as soon as located or recovered, into the U. S. Department of Justice's Assets Forfeiture Fund or the U. S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

In respect to the dollar amount forfeited by the defendant but not in the possession of or its whereabouts known to the

2

Government, JUDGMENT is hereby entered against the defendant for the amount forfeitable, specifically, $14,697.29 currency.

In addition, upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order and Judgment of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant at sentencing.

SO ORDERED. This 5th day of May 2016.

MALCOLM J. HOWARD
Senior United States District Judge