# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

**PATRICIA S. CONNOR**
**CLERK**

**TELEPHONE**
**(804) 916-2700**

November 16, 2016

Julie Richards Johnston, Clerk
U.S. District Court
Eastern District of North Carolina
Post Office Box 25670
Raleigh, NC 27611-5670

  Re: <u>USA v. Bower</u>
    5:15-cr-00322-H

Dear Ms. Johnston:

Review of the district court docket discloses that the district court has not yet entered judgment in this case. Under Fed. R. App. P. 4(b)(2), a notice of appeal filed after a decision, sentence, or order is announced but before judgment is entered, is treated as filed on the date of and after entry of judgment.

This court will treat the notice of appeal as filed as of the date the district court enters its judgment, and will docket the appeal following entry of judgment. Please notify this court upon entry of the judgment.

            Yours truly,

            */s/ Margaret Thomas*

cc: Myron T. Hill, Jr. , Esq.
   Adam F. Hulbig, AUSA