FILED: September 5, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4770
(5:15-cr-00322-H-1)
_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

JOSHUA BOWER

        Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered August 11, 2017, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*