IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-322-D
No. 5:18-CV-246-D

| | |
|---|---|
| JOSHUA BOWER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This case was recently reassigned. The United States shall file a response to Joshua Bower's motions to amend [D.E. 131, 133]. The response is due no later than July 23, 2021.

SO ORDERED. This **23** day of June 2021.

JAMES C. DEVER III
United States District Judge