IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-322-D
No. 5:18-CV-246-D

| | |
|---|---|
| JOSHUA BOWER, | ) |
| Petitioner, | ) |
| v. | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

On July 28, 2021, the court denied petitioner's motion for reduction of sentence. See [D.E. 138, 139]. On August 4, 2021, petitioner filed a third motion to amend and supplement his motion for reduction of sentence. See [D.E. 140]. On August 23, 2021, petitioner appealed [D.E. 141], and the appeal remains pending. In light of petitioner's pending appeal, the court DISMISSES petitioner's motion to amend and supplement his motion for reduction of sentence [D.E. 140]. See, e.g., Griggs v. Provident Consumer Disc. Co., 459 U.S. 56, 58 (1982) (per curiam); United States v. Sanders, No. 1:17-CR-29-HAB, 2020 WL 3268492, at *1 (N.D. Ind. June 17, 2020) (unpublished); United States v. Watts, No. CR 16-104, 2020 WL 3036545, at *2 (M.D. La. June 5, 2020) (unpublished); United States v. Belton, No. 5:18-CR-113-FL-1, 2020 U.S. Dist. LEXIS 75837, at *2 (E.D.N.C. Apr. 29, 2020) (unpublished).

SO ORDERED. This __7__ day of September, 2021.

JAMES C. DEVER III
United States District Judge